IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | MISCELLANEOUS NO. 07- 64 |
| LYNNE HAGELIN, M.D., | : | |
| Defendant | : | |

PRAECIPE TO FILE ASSIGNMENT OF JUDGMENT AND CERTIFIED
COPY OF DIRECTION FOR ENTRY OF JUDGMENT BY DEFAULT

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Please file the attached Assignment of Judgment in the District Court for the District of Delaware in favor of the United States of America, Plaintiff, and against **LYNNE HAGELIN, M.D.,** defendant, originally entered as Case No. 03-11-268, on September 20, 2005, in the Superior Court, New Castle County, Delaware, in the amount of $180,376.42, plus interest from the date of Judgment at the rate of 5.000% computed daily and compounded annually until paid in full, plus costs of suit, the balance being $193,917.01 as of March 21, 2007.

U. S. DISTRICT COURT - DE
MISC. CASE #_____

COLM F. CONNOLLY
United States Attorney

By: _____
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145

Case # **05C-09-108J  K-22-486**

**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY**

vs

**LYNNE HAGELIN**

STATE OF DELAWARE  )
                   )SS.
NEW CASTLE COUNTY  )

I, Sharon Agnew, Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, do hereby certify that the foregoing contains a true copy of:
**05C-09-108J  K-22-486    *AND THE UNDERLYING DOCKET ENTRIES AS RECORDED ON 09/20/2005.**
in the case there stated as the same now remains of record in the Superior Court of the State, at Wilmington.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this **3RD** day of **NOVEMBER** A.D. 2005.

_Sharon Agnew_
Prothonotary

STATE OF DELAWARE  )
                   )SS.
NEW CASTLE COUNTY  )

I, Richard R Cooch, Resident Judge of the Superior Court in and for New Castle County of the said State, do hereby certify that the foregoing record and attestation made by Sharon Agnew, Prothonotary of the said Court, whose name is hereto subscribed, and to which the seal of said Court is affixed, are in due form and made by the proper officer.

IN TESTIMONY WHEREOF, I hereunto set my hand this **3RD** day of **NOVEMBER** A.D. 2005.

_Richard Cooch_
Resident Judge

STATE OF DELAWARE  )
                   )SS.
NEW CASTLE COUNTY  )

I, Sharon Agnew, Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, do certify that the Honorable Richard R. Cooch, by whom the foregoing attestation was made, and whose name is hereto subscribed; was at the time of making thereof and still is Resident Judge of Superior Court of New Castle County of the said State, duly commissioned and sworn, to all whose acts as such, full faith and credit are, and ought to be, given, as well in Courts of Justice as elsewhere.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this **3RD** day of **NOVEMBER** A.D. 2005.

_Sharon Agnew_
Prothonotary



### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | ) ) ) | Superior Court C.A. No. 05C-09-108 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Transfer of Court of Common Pleas Civil Action No. 03-11-268 |
| LYNNE HAGELIN, | ) ) | |
| Defendant. | ) ) | NON-ARBITRATION |

**DIRECTION TO ENTER DEFAULT JUDGMENT**

TO:    PROTHONOTARY

In accordance with the provisions of Delaware Superior Court Civil Rule 55(b)(1) and because the Defendant has failed to answer, plead or otherwise defend, Plaintiff Pennsylvania Higher Education Assistance Agency ("Plaintiff" or "PHEAA"), through undersigned counsel, hereby directs you to enter judgment by default for the amount shown on the following statement:

**STATEMENT**

| | |
|---|---|
| Unpaid principal balance as of September 19, 2005 | $165,970.27 |
| Current interest rate as of September 19, 2005 | 5.0% |
| Per diem interest accrual as of September 19, 2005 | $22.73 |
| Interest accrued as of September 19, 2005 | $14,406.15 |
| **Total Amount Due as of September 19, 2005** | **$180,376.42** |

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY

Attached hereto and made a part hereof is the Affirmation of Patrick A. Costello, Esquire required by the provisions of Rule 55.

Dated: September 19, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: /s/ Patrick A. Costello
Steven K. Kortanek (DE Bar #3106)
Patrick A. Costello (DE Bar # 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189

Attorneys for Plaintiff
*Pennsylvania Higher Education
Assistance Agency*

DEL1 62297-1

```
                    SUPERI    COURT - NEW CASTLE COUNTY
                             AS OF 11/03/2005                    PAGE      1

05C-09-108J
FILED   September 20,2005            JUDGMENTS - CIVIL ACTIONS
JUDGE:                               NON ARBITRATION
STATUS:  NEW    E-FILED:             NON-JURY TRIAL

COSTELLO PATRICK ANDREW   PENNSYLVANIA HIGHER EDUCATION
                          ASSISTANCE AGENCY
                                      -- VS --
                          LYNNE HAGELIN

09/20/2005      1   JUDGMENT FILED 9/20/05.   K-22-486
                    (PATRICK COSTELLO, ESQ.)
```

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing Pennsylvania Higher Education Assistance Agency (PHEAA), Assignor, in consideration of the insurance claim paid by the United States of America to PHEAA, hereby assign to the United States Department of Health and Human Services, Assignee, the judgment recovered on September 20, 2005, docketed in the Superior Court of the State of Delaware, In and For New Castle County, Civil Action No. 03-11-268, against **LYNNE HAGELIN,** Social Security No.      4004, in the amount of $180,376.42, less costs of $0.00.

Assignor authorizes the Assignee to ask, demand, receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Pennsylvania Higher Education Assistance Agency's address and phone number is: 1200 North Seventh Street, Harrisburg, PA 17102, 1-800-233-0557.

The United States Department of Health and Human Services' address and phone number is: 5600 Fishers Lane, Room 2B-60, Rockville, MD 20857, 301-443-1782.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102 this 2nd day of December, 2005.

*Patricia Walton*
Patricia Walton

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Assignment of Judgment and Certified Copy of Direction for Entry of Judgment by Default was served upon defendant by depositing same in the United States mail, postage prepaid, this 22nd day of March, 2007, addressed to:

**Lynne Hagelin, M.D.**
123 N. DuPont
Wilmington, DE 19805

Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277